3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Violations:
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)

STEPHAN CZECH,

Defendant.

_____/

Case: **2:26-cr-20182**
Assigned To : **Grey, Jonathan J.C.**
Referral Judge: **Patti, Anthony P.**
Assign. Date : **4/1/2026**
Description: **IND USA V STEPHAN CZECH (SS)**

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. §§ 922(g)(1), 924(e)
*Possession of Ammunition by a Prohibited Person*

On or about January 9, 2026, in the Eastern District of Michigan, Southern Division, the defendant, STEPHAN CZECH, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Before the defendant, STEPHAN CZECH, committed the offense charged in this count, he had at least three previous convictions for offenses qualifying under Title 18, United States Code, Section 924(e) that were committed on occasions different from one another.

## **FORFEITURE ALLEGATION**
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, the defendant, STEPHAN CZECH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in and used in any knowing violation of said offense.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON, JR.
United States Attorney

*s/Mark Bilkovic*
MARK BILKOVIC
Chief, Violent and Major Crimes Unit

*s/Robert Kuhn*
ROBERT KUHN
Assistant United States Attorney

Dated: April 1, 2026

2

| United States District Court Eastern District of Michigan | Criminal Case Cover Sl |
|---|---|

Case: **2:26-cr-20182**
Assigned To : **Grey, Jonathan J.C.**
Referral Judge: **Patti, Anthony P.**
Assign. Date : **4/1/2026**
Description: **IND USA V STEPHAN CZECH (SS)**

NOTE: It is the responsibility of the Assistant U.S. Attorney
respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials: s/R.K.** |

**Case Title:** USA v. Stephan Czech

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – no prior complaint.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

_____April 1, 2026_____
Date

Robert Kuhn
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.Kuhn@usdoj.gov
(313) 226-9707
Bar #: P83821